UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PAGE,<br><br>                Plaintiff,<br><br>v.<br><br>KINGS CREDIT SERVICES,<br><br>                Defendant. | Case No. 1:24-cv-00902-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 5) |

     On November 5, 2024, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 5). Therefore, this action has been terminated without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and then to close the case.

IT IS SO ORDERED.

    Dated:  **November 5, 2024**                /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1